JACQUELYNE M. NGUYEN, Bar No. 249658
LAW OFFICE OF JACQUELYNE M. NGUYEN
1670 SANTA ANA AVE., SUITE K
COSTA MESA, CA 92627
Telephone: (949) 722-0055
Fax:(949) 722-8416

Attorney for: PLAINTIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CV A 12-10288 |
|---|---|
| Plaintiff, | |
| vs. | CONSENT JUDGMENT |
| Paul C. Shealy, | |
| Defendant | |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Paul C. Shealy, in the principal amount of $2,725.20 plus interest accrued to November 27, 2012, in the sum of $1,308.34; with interest accruing thereafter at 8.25% annually until entry of judgment, administration costs in the amount of $0.00, for a total amount of **$4,033.54**.

DATED: February 12, 2013         By: Terry Nafisi
                                     Clerk of the Court

                                     /s/ B. Pacillas
                                     Deputy Clerk
                                     United States District Court